**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andrew John EVANS, Defendant– Appellant.**

**No. 15–15667**

**Non–Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 11/30/2016

Peter J. Sholl, Arthur Lee Bentley, III, Tampa, FL, Bonnie Ames Glober, Jacksonville, FL, U.S. Attorney's Office, for Plaintiff–Appellee.

Before ED CARNES, Chief Judge, HULL and WILSON, Circuit Judges.

PER CURIAM:

John E. Fernandez, appointed counsel for Andrew Evans in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Evans's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Evans's conviction and sentence are **AFFIRMED**.